United States District Court
For The District of Columbia

Turia Paige Lennon
1907 15th St., NW #1
Washington, DC 20009
202-413-7732

vs.

Carissa Vandermey
Dept of Energy - Forrestal
1E-278
1000 Independence Ave, SW
Wash., DC 20585

**FILED**
JUN 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 1:08-cv-01096
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/25/2008
Description: Employ Discrim.

## Complaint

I was a federal contractor at DOE and was called a "Niga Master" by one of my white superiors via email. (copy attached) I am requesting compensation in the amount of $50,000.00 for the emotional distress this has caused. My civil rights have been violated and I am now unemployed because I did not continue to work in that discriminatory environment.

**RECEIVED**
JUN 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Turia Paige Lennon*
1907 15th St, NW #1
Wash., DC 20009

1



# Department of Energy
Washington, DC 20585

June 3, 2008

## NOTICE OF DISMISSAL OF FORMAL COMPLAINT OF DISCRIMINATION

**CERTIFIED**
Ms. Turia Paige Lennon
1907 15th Street, NW, #1
Washington, DC 20009

> Re: DOE Case No. 08-0053-HQ-EE
> Filed on: May 10, 2008
> Basis: race (African-American);
> color (brown); sex (female); and
> disability (depression)

Dear Ms. Lennon:

This is in reference to your equal employment opportunity (EEO) complaint of discrimination referenced above. In your complaint you allege you were discriminated against by an employee of the Department of Energy (hereinafter the Department) when you received an email from a co-worker on March 6, 2008, wherein that co-worker described you in what you believed was a racially disparaging manner.

Regulations of the Equal Employment Opportunity Commission (EEOC), at 29 CFR 1614.107(a)(1), provide, in relevant part, that an agency shall dismiss a complaint that fails to state a claim. An agency shall accept a complaint from any aggrieved employee or applicant for employment who believes that he or she has been discriminated against by that agency because of race, color, religion, sex, national origin, age or disabling condition [29 CFR 1614.103, 106(a)]. EEOC's federal sector case precedent has long defined an "aggrieved employee" as one who suffers a present harm or loss with respect to a term, condition or privilege of employment for which there is a remedy.

EEOC applies the common law of agency test to determine whether a complainant is an agency employee under Title VII [see <u>Ma v. Department of Health and Human Services</u>, EEOC Appeal No. 01962390 (June 1, 1998), citing <u>Nationwide Mutual Insurance Company, et al. v. Darden</u>, 503 U.S. 318, 323-24 (1992)]. As the EEOC noted in <u>Ma</u>, applications of the test previously employed by the EEOC, as established in <u>Spirides v. Reinhardt</u>, 613, F.2d 286 (DC Circuit, 1979) used many of the same elements considered under the common law test

and was not appreciably different from the common law of agency test and, thereby, still useful.

Specifically, applying <u>Nationwide</u> and <u>Spirides</u>, EEOC considers the following factors to determine whether an individual is a Federal employee for the purposes of Title VII: (1) the extent of the employer's right to control the means and manner of the worker's performance; (2) the kind of occupation, with reference to whether the work is usually done under the direction of a supervisor or is done by a specialist without supervision; (3) the skill required in the particular occupation; (4) whether the "employer" or the individual furnishes the equipment used and the place of work; (5) the length of time the individual has worked; (6) the method of payment, whether by time or by the job; (7) the manner in which the work relationship is terminated, i.e., by one or both parties, with or without notice and explanation; (8) whether annual leave is afforded; (9) whether the work is an integral part of the business of the "employer"; (10) whether the worker accumulates retirement benefits; (11) whether the "employer" pays social security taxes; and (12) the intention of the parties.

You performed work for the Department from January 22, 2008 to March 7, 2008, a period of not quite seven (7) weeks. You were placed in the Department's Office of the Assistant Secretary for Electricity Delivery and Energy Reliability, performing duties for the Deputy Assistant Secretary for Infrastructure Security and Energy Restoration, who is William Bryan. You provided administrative support services and your services were obtained pursuant to a contract between the Department and Energetics, Inc. and, more specifically, through a sub-contract between Energetics, Inc. and Friends and Company. At all times relevant, you were an employee of Friends and Company, a temporary employment agency, which provides temporary workers to its customers. You provided Friends and Company with weekly time sheets and were paid by Friends and Company, who withheld appropriate income and social security taxes from your wages, and from which you were eligible for health insurance and leave benefits, to include payment for all Federal holidays falling within the period of your assignments. The Department did not pay you nor reimburse Friends and Company for any of those benefits, nor did the Department provide you with annual leave, retirement benefits or social security taxes.

While on assignment with the Department, you worked in its offices at 1000 Independence Avenue, NW, Washington, DC, under the direction of Mr. Bryan and with the assistance of Carissa Vandermey, a GS-14 Federal employee on Mr. Bryan's staff. On March 6, 2008, you received an email from Ms. Vandermey which you found offensive. You brought this to the attention of your employer, Friends and Company, and indicated that you did not wish to return to the Department because the email was so offensive to you that you were not comfortable returning. At the direction of your supervisor at Friends and Company, you ceased performing services for the Department and did not return.

Friends and Company thereafter advised the Department that you were no longer available.

Applying the criteria cited above to the circumstances of your complaint, we must find that you were not an "aggrieved employee" for the purposes of Title VII of the Civil Rights Act of 1964 and EEOC's regulations at 29 CFR 1614.103, 106(a). You were clearly not employed by the Department in the Federal civil service, but rather, by a contractor – Friends and Company. Friends and Company paid your wages, deducted income and social security taxes, provided benefits, including health insurance, holiday pay and leave, and controlled your placement with and removal from the Department; unilaterally deciding to do so at your behest. Additionally, your assignment was of limited duration, lasting less than seven (7) weeks.

Because you were not an employee of the Department, within the meaning of the law and EEOC's regulations, **your complaint is dismissed**, pursuant to 29 CFR 1614.107(a)(1), for failure to state a claim.

### STATEMENT OF RIGHTS

This is the final decision of the Department of Energy with respect to your complaint. If you are dissatisfied with this decision, you may file a notice of appeal with the EEOC **WITHIN 30 CALENDAR DAYS** OF THE DATE THAT YOU RECEIVE THIS DECISION. The appeal should be addressed to the U. S. Equal Employment Opportunity Commission, Office of Federal Operations, P. O. Box 19848, Washington, DC 20036 or hand-delivered to the Office of Federal Operations at 1801 L Street, NW, Washington, DC 20507. In the alternative, you may send a facsimile to (202) 663-7022.

Any statement in support of the appeal must be submitted to the EEOC, with a copy to this office, within **30 calendar days** of the filing of the notice of appeal. The Commission may exercise its discretion to extend the time limit and accept the appeal if it is not submitted within the prescribed **30 calendar days**, based upon a written showing that you were not notified of the prescribed time limit and were not otherwise aware of it, or that circumstances beyond your control prevented filing the notice of appeal within the prescribed time limit. **A copy of EEOC's appeal form is attached to this decision.**

If you elect not to appeal to the EEOC, you have the right to file a civil action in an appropriate United States District Court **WITHIN 90 CALENDAR DAYS** of the date that you receive this decision. A civil action may also be filed any time **AFTER 180 CALENDAR DAYS** from the date of filing an appeal with the EEOC, if a final decision has not been issued by the EEOC's Office of Federal Operations.

If you file a civil action, **YOU MUST NAME AS THE DEFENDANT IN THE COMPLAINT THE PERSON WHO IS THE OFFICIAL HEAD OF THE DEPARTMENT OF ENERGY, IDENTIFYING THAT PERSON BY HIS OR HER FULL NAME AND OFFICIAL TITLE.** Failure to do so may result in dismissal of the case. "Department" means the national organization, not the local office, facility or department against which you may have filed your complaint. In your case, you must name Mr. Samuel Bodman, Secretary, U. S. Department of Energy, 1000 Independence Avenue, SW, Washington, DC 20585. **Filing a civil action will terminate the administrative processing of your complaint.**

You are further notified that if you decide to file a civil action, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the civil action without payment of fees, costs, or other security. Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e et seq. **The grant or denial of the request is within the sole discretion of the court.** Filing a request for an attorney does not extend the time limit in which to file a civil action.

Sincerely,

Theresa Alvillar Speake
Acting Director
Office of Civil Rights and Diversity

Attachment: *EEOC Form 573*

4

8. Here is a copy of the email. Read it from the bottom to the top.

**From: Vandermey, Carissa Sent:**
Thursday, March 06, 2008 10:52 AM To: Lennon, Turia Subject:
RE: going to see Stacy re Travel...Be back soon!

by the way, I don't think I have ever used the word you were thinking I had referenced. Sorry, that's not how I am or what I am about. I am sorry if you took that wrong, I was just spelling phonetically.

sorry!

From: Lennon, Turia Sent: Thursday,
March 06, 2008 10:40 AM To: Vandermey, Carissa Subject: RE:
going to see Stacy re Travel...Be back soon!

WHAT DOES THAT
MEAN????????????????????

From: Vandermey, Carissa Sent:
Thursday, March 06, 2008 10:37 AM To: Lennon, Turia Subject:
RE: going to see Stacy re Travel...Be back soon!

**You are so going to become a govtrav niga master :P**

From: Lennon, Turia Sent: Thursday,
March 06, 2008 10:15 AM To: Vandermey, Carissa Subject:
going to see Stacy re Travel...Be back soon!

Turia Paigé Lennon
Office Manager/Executive Assistant
Department of Energy
Office of Electricity Delivery and
Energy Reliability
1000 Independence Ave, SW
Washington, DC  20585
Room 1E-278
202-586-4093
Turia.Lennon@hq.doe.gov

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

08-1096
ESH

## I (a) PLAINTIFFS

Turia Paige Lennon

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (N/P)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS

Carissa Vanderney

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-01096
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/25/2008
Description: Employ Discrim.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

## ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability<br><br>**Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157 | **Immigration**<br>☐ 462 Naturalization Application<br>☐ 463 Habeas Corpus- Alien Detainee<br>☐ 465 Other Immigration Actions<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant) | ☐ 871 IRS-Third Party 26 USC 7609<br><br>**Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc. | ☐ 460 Deportation<br>☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act) |

3

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ H. *Employment Discrimination*<br>☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 2000

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐   **DEMAND $** 0   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ☒ NO   If yes, please complete related case form.

DATE 6/25/08   SIGNATURE OF ATTORNEY OF RECORD  NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence. Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

rms\js-44.wpd