## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TURIA PAIGE LENNON | ) | |
| 1907 15TH St., NW #1 | ) | |
| Washington, DC 20009 | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 08-1096 (EGS) |
|  | ) | |
| CARISSA VANDERMEY | ) | |
| Department of Energy- Forrestal | ) | |
| 1E - 278 | ) | |
| 1000 Independence Ave., SW | ) | |
| Washington, D.C. 20585 | ) | |
|  | ) | |
| Defendant. | ) | |

### **NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Cindy S. Owens as counsel for defendant in the above-captioned case.

        Respectfully submitted,

        /s/
        CINDY S. OWENS, D.C. BAR #491465
        Special Assistant United States Attorney
        555 Fourth St., N.W.
        Room E4112
        Washington, D.C. 20530
        (202) 616-2257
        cindy.owens@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this 29th day of July, 2008, a copy of the foregoing was served by First-Class mail, postage prepaid to:

TURIA PAIGE LENNON
1907 15TH St., NW #1
Washington, DC 20009

                                /s/
                            Cindy S. Owens, D.C. BAR #491465
                            Assistant United States Attorney
                            555 Fourth St., N.W.
                            Room E4112
                            Washington, D.C. 20530
                            (202) 616-2257
                            cindy.owens@usdoj.gov