**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
TURIA PAIGE LENNON                  )
1907 15TH St., NW #1                )
Washington, DC 20009                )
                                    )
              Plaintiff,            )
                                    )
         v.                         )     Civil Action No. 08-1096 (EGS)
                                    )
CARISSA VANDERMEY                   )
Department of Energy- Forrestal     )
1E - 278                            )
1000 Independence Ave., SW          )
Washington, D.C. 20585              )
                                    )
              Defendant.            )
_____)

**CONSENT MOTION FOR AN EXTENSION OF TIME**

Defendant[1] respectfully requests that the Court grant an extension of time of 30 days, up to and including October 2, 2008, to file its answer or otherwise respond to the complaint (Document 1).

In accordance with LCvR7(m) the parties conferred and plaintiff has consented to the 30 day extension. Defendant has good cause to seek a 30 day extension of time. The undersigned and agency counsel need additional time to coordinate the declarations that will be submitted with defendant's response to the complaint as well as time to coordinate with offices within the Department of Energy to determine whether plaintiff has properly exhausted her administrative

_____

[1]Although plaintiff names "Carissa Vandermey" as the defendant, the complaint is being construed as an employment discrimination complaint filed under Title VII. In Title VII cases, the head of the agency in his or her official capacity is the only proper defendant. Jarrell v. U.S. Postal Serv., 753 F.2d 1088, 1091 (D.C. Cir. 1985), citing 42 U.S.C. 2000e-16(c) (1982). Samuel Bodman is the Secretary of Energy and is the proper defendant in this action, therefore Ms. Vandermey is not a properly named defendant.

remedies for this Title VII action.

For these reasons, defendant respectfully requests that the Court grant an extension of time of 30 days up to, and including, October 2, 2008, for defendant to file the answer or otherwise respond to the complaint.

Dated: August 28, 2008                    Respectfully Submitted,

                                          _____/s/_____
                                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                                          United States Attorney


                                          _____/s/_____
                                          RUDOLPH CONTRERAS, D.C. BAR #  434122
                                          Assistant United States Attorney

                                          _____/s/_____
                                          CINDY S. OWENS, D.C. BAR # 491465
                                          Special Assistant United States Attorney
                                          United States Attorney's Office
                                          555 4th Street, N.W.
                                          Washington, D.C. 20530
                                          202-616-2257(phone)/202-514-8780 (fax)
                                          cindy.owens@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 28th day of August, 2008, a copy of the foregoing was served by First-Class mail, postage prepaid to:

TURIA PAIGE LENNON
1907 15TH St., NW #1
Washington, DC 20009


_____/s/_____
Cindy S. Owens, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov